ELLA M. GOODHINES, as Administratrix of the Estate of JACOB C. GOODHINES, Deceased, Appellant, *v.* LEWIS S. CHASE, Respondent.

*Goodhines* v. *Chase,* 100 App. Div. 87, affirmed.
(Argued April 24, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 19, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*W. C. Sholes* for appellant.

*Charles D. Thomas* and *J. D. Reed* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.